THE CITY OF YONKERS, Appellant and Respondent, *v.*
THE FEDERAL SUGAR REFINING COMPANY, Respondent
and Appellant.

(Submitted December 10, 1917; decided December 18, 1917.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 221 N. Y.
206.)

———————

In the Matter of JOHN T. LITTLE, an Attorney,
Appellant.
THE ASSOCIATION OF THE BAR OF THE CITY OF NEW
YORK, Respondent.

Reported below, 175 App. Div. 280.
(Submitted December 10, 1917; decided December 18, 1917.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 12, 1916, dis-
barring the appellant herein from practice as an attorney
and counselor at law.

The motion was made upon the ground of failure to
file the papers on appeal.

*Einar Chrystie* for motion.

No one opposed.

Motion granted unless on or before January 21, 1918,
the appellant causes to be printed, filed and served his
papers on appeal, in which case the motion is denied.